# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        **Case No. 06-C-1186**
        **(03-CR-259)**

   **-vs-**

**GARY R. GEORGE,**

        Defendant.

# ORDER

The defendant, Gary R. George ("George"), has filed motions before this Court pursuant to 28 U.S.C. § 2255 alleging six grounds upon which his sentence in the above-captioned case should be vacated, set aside, or otherwise corrected. The Court allowed George to proceed on five of the six grounds. The government has now responded.

The Court has reviewed the record and read the parties' submissions and finds that none of George's claims have merit and, therefore, he is not entitled to the relief sought.

**NOW THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

George's petition for relief un der 28 U.S.C. § 2255 is **DENIED.**

Dated at Milwaukee, Wisconsin, this 8th day of February, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**